**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JORGE OQUENDO,**

              **Plaintiff,**

**-vs-**                                 **Case No. 6:13-cv-302-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO REMAND (Doc. No. 24)**
>
> **FILED:**       **September 6, 2013**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      This cause having come before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further administrative action pursuant to Sentence 4 of 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is **respectfully RECOMMENDED** that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security:

The Administrative Law Judge will update the record and further evaluate Plaintiff's residual functional capacity and subjective complaints and if necessary, obtain vocational expert evidence to determine whether Plaintiff can perform other work. As part of the review of the record, the ALJ will also consider the Department of Veterans Affairs Rating Decision and provide an explanation for the weight the decision receives. The ALJ will then issue a new decision.

It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to enter a separate judgment, remanding the case under Sentence 4 of 42 U.S.C. § 405(g).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 9, 2013.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy