UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE OQUENDO,

Plaintiff,

v.   Case No: 6:13-cv-302-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion to Remand (Doc. No. 24). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** . The Commissioner's decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in this report, pursuant to sentence four of 42 U.S.C. § 405(g).

Clerk of the Court is directed to enter judgment accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this __10__ day of September, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties