UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE OQUENDO,

Plaintiff,

v.                                                                          Case No:  6:13-cv-302-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 28) filed August 26, 2013.

The United States Magistrate Judge has submitted a report recommending that the motion be granted.  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and awards Plaintiff $5,326.08 in attorney's fees. Clerk of the Court is directed to enter judgment in favor of the Plaintiff accordingly.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_\_ day of November, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record